## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Louisiana Crane & Construction, L.L.C. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Louisiana Crane Company, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 72-1513447 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>1045 Hwy. 190 West<br>Eunice, LA 70535<br>Number, Street, City, State & ZIP Code<br><br>Saint Landry<br>County | **Mailing address, if different from principal place of business**<br><br>P. O. Box 1049<br>Eunice, LA 70535<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | Louisiana Crane & Construction, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ | | Relationship _____ |
    | District _____ | When _____ | Case number, if known _____ |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

| Debtor | Louisiana Crane & Construction, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Louisiana Crane & Construction, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/24/2016
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

Douglas D. Marcantel
Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date 06/27/2016
MM / DD / YYYY

Barry W. Miller LSBA
Printed name

Heller, Draper, Patrick, Horn & Dabney, LLC
Firm name

9311 Bluebonnet Blvd.
Baton Rouge, LA 70810
Number, Street, City, State & ZIP Code

Contact phone  225-767-1499    Email address  bmiller@hellerdraper.com

#09678
Bar number and State

# UNANIMOUS CONSENT AND RESOLUTION
# OF
# THE MEMBERS OF LOUISIANA CRANE & CONSTRUCTION, LLC

The undersigned, being all of the members of LOUISIANA CRANE & CONSTRUCTION, LLC, a Louisiana limited liability company, ("the Company"), hereby adopt the following resolutions:

    WHEREAS, in the judgment of the members, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition (the "Petition") be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

    RESOLVED, that Douglas D. Marcantel, as Manager of the Company, is hereby authorized, empowered and directed, in the name and on behalf of Company, to retain, on behalf of the Company, Heller, Draper, Patrick, Horn & Dabney, LLC ("Heller Draper"); and it is further

    RESOLVED, that the law firm of Heller Draper and any additional special or local counsel selected by the Company, if any, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code; and it is further

    RESOLVED, that any and all past actions heretofore taken by of the managers of the Company in the name and on behalf of the Company in furtherance of any or all of these resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, this action by unanimous written consent has been signed by all of the members of Louisiana Crane & Construction, LLC on the 23 day of June, 2016, and a copy of this action by unanimous consent will be filed with or otherwise entered on the minutes or other appropriate records of the Company.

MEMBERS:

Fournerat & Toups Farms, LLC
By: _____
Logan C. Fournerat, Managing Member

_____
Logan C. Fournerat, Individually

{00352839-1}

## CERTIFICATION

I, the Manager and sole certifying officer of Louisiana Crane & Construction, LLC., hereby certify that the above signatories constitute all of the members of Louisiana Crane & Construction, LLC.

_____6/23_____, 2016.

_____
Logan C. Fournerat