# United States Bankruptcy Court
## Western District of Louisiana

In re: Louisiana Crane & Construction, L.L.C.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fournerat & Toups Farms, LLC<br>1620 Bearcat Road<br>Basile, LA 70515 | | 70% | membership interest |
| Logan C. Fournerat<br>1620 Bearcat Road<br>Basile, LA 70515 | | 30% | membership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 06/24/2016

Signature: *[signed]* Douglas D. Marcantel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.