UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In re:

Louisiana Crane & Construction, LLC     Case No. 16-50876

    1045 Hwy. 190 West     Chapter 11
    Eunice, Louisiana, 70535
    Tax ID Number: xx –xxx3447

    Debtor

## VERIFICATION OF LIST OF CREDITORS
### WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

I, the Chief Financial Officer of the above named debtor, Louisiana Crane & Construction, LLC, hereby verify that the attached *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* is true and correct to the best of my knowledge.

Date: 6/26/16

                                         Douglas D. Marcantel
                                         Chief Financial Officer

**Fill in this information to identify the case:**

Debtor name: Louisiana Crane & Construction, L.L.C.
United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMERICAN EXPRESS 31006 PO Box 650448 DALLAS, tx 75265-0448 | | | | | | $132,052.14 |
| BGR ENTERPRISE PO BOX 389 EUNICE, LA 70535 | | | | | | $623,433.24 |
| BLUE CROSS & BLUE SHIELD OF LA ATTN: AR/ASO 78F26ERCRX00 PO BOX 98029 BATON ROUGE, LA 70898-9029 | | | | | | $424,810.29 |
| BLUE CROSS BLUE SHIELD PO BOX 650007 DALLAS, TX 07526-5007 | | | | | | $102,661.94 |
| D & R SUPPLY, INC. 1021 W. LAUREL AVE. EUNICE, LA 70535 | | | | | | $1,522,967.08 |
| ENTERPRISE FLEET SERVICE PO BOX 800089 KANSAS CITY, MO 64180-0089 | | | | | | $1,025,514.91 |
| H & E EQUIPMENT SERVICES LLC PO BOX 849850 DALLAS, TX 75284-9850 | | | | | | $131,422.84 |
| HOLT CAT PO BOX 911975 DALLAS, TX 75391-1975 | | | | | | $239,148.85 |

Debtor: Louisiana Crane & Construction, L.L.C.    Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| HYTORC OF TEXAS<br>12420 TEXACO RD<br>HOUSTON, TX 77013 | | | | | | $145,230.61 |
| J&B PIPELINE SUPPLY CO, INC<br>PO BOX 1814<br>BAYTOWN, TX 77522 | | | | | | $113,451.05 |
| LA PIPELINE RENTAL & IND. SUP.<br>PO BOX 1820<br>SULPHUR, LA 70664 | | | | | | $112,794.11 |
| LONESTAR WEST ENTERPRISES LLC<br>PO BOX 540876<br>DALLAS, TX 75376-0876 | | | | | | $106,895.00 |
| LOUISIANA MACHINERY-RENTS<br>PO BOX 54942<br>NEW ORLEANS, LA 70154 | | | | | | $204,794.93 |
| NATIONS FUND I, INC<br>501 MERRITT SEVEN<br>6TH FLOOR<br>NORWALK, CT 06851 | | | | | | $121,127.38 |
| PRECISION DRILLNG SERVICES LLC<br>P.O. BOX 2972<br>WEST MONROE, LA 71294 | | | | | | $192,720.00 |
| RITTER FOREST PRODUCTS<br>PO BOX 1265<br>NEDERLAND, TX 77627 | | | | | | $258,183.84 |
| STEEL SUPPLY, INC.<br>283 MURPHY RICHARD LOOP<br>EUNICE, LA 70535 | | | | | | $344,633.57 |
| TIMS SOUTH TEXAS, LLC<br>PO BOX 1555<br>UVALDE, TX 78802 | | | | | | $121,207.59 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UNITED EQUIPMENT RENTAL GULF PO BOX 840514 DALLAS, TX 75284-0514 | | | | | | $446,955.52 |
| VICKI HEFLIN, PCC WARD COUNTY COURTHOUSE PO BOX 290 MONAHANS, TX 79756 | | | | | | $126,239.99 |