

# TAYLOR PORTER
ATTORNEYS AT LAW
Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

December 9, 2016

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 222924   MAC
Our file# 4410   00005
Billing through 11/30/2016

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2016 | JFM | Receive, review and forward tax notice to Doug Marcantel. | 0.30 hrs. | 112.50 |
| 11/01/2016 | MAC | Call from Richard Aguilar re: Wells Fargo and Iron Planet auction and follow up emails with list discrepancy | 0.60 hrs. | 213.00 |
| 11/01/2016 | MAC | Receive/review update of Iron Planet auction results | 0.30 hrs. | 106.50 |
| 11/01/2016 | MAC | More emails with Owen and Marcantel re: auction issues | 0.30 hrs. | 106.50 |
| 11/01/2016 | MAC | Emails with Scott Cheatham re: paydown information on Mack and review responses | 0.20 hrs. | 71.00 |
| 11/02/2016 | MAC | Email from Ritchie Bros with clarifying questions on Ward County sales and respond; extensive follow up related emails with Marcantel | 0.80 hrs. | 284.00 |
| 11/02/2016 | MAC | Call from Steve Williamson re: inspection by TCF and follow up with Doug Marcantel | 0.30 hrs. | 106.50 |
| 11/02/2016 | MAC | Email from Brandon Brown re: adequate protection payment deadline and forward to Marcantel | 0.20 hrs. | 71.00 |
| 11/02/2016 | MAC | Emails with Marcantel re: payoff update from Mack and follow up with Mack's attorney (Cheatham) | 0.30 hrs. | 106.50 |
| 11/02/2016 | MAC | Review Iron Planet status report and follow up emails with Owen and secured lenders' counsel | 0.30 hrs. | 106.50 |
| 11/02/2016 | MAC | Emails with John Owen re: titles to auction items (Trail King Trailer) | 0.20 hrs. | 71.00 |
| 11/02/2016 | MAC | Email exchange with Lacey Rochester re: wiring instructions for Caterpillar and follow up with Ritchie Bros | 0.20 hrs. | 71.00 |
| 11/02/2016 | MAC | Emails with Jon Ann Giblin re: Everbank's collateral and auction proceeds and follow up with Ritchie Bros | 0.20 hrs. | 71.00 |
| 11/03/2016 | MAC | Email from John Owen with list of sale items this | 0.30 hrs. | 106.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | morning and status of bids received | | |
| 11/03/2016 | MAC | Multiple emails with Marcantel and Owen re: questions about excess proceeds from auction (Iron Planet) and titles to vehicles and review preliminary statements on items sold for Caterpillar, Mack and GE | 0.60 hrs. | 213.00 |
| 11/03/2016 | MAC | Email exchange with Lacey Rochester (CAT) re: proceeds/payoff letter | 0.20 hrs. | 71.00 |
| 11/03/2016 | MAC | Request title from Komatsu and follow up with Owen re: same | 0.30 hrs. | 106.50 |
| 11/04/2016 | MAC | Emails between Owen and Marcantel re: Komatsu title and loan payoff | 0.20 hrs. | 71.00 |
| 11/04/2016 | MAC | Emails with Owen and Marcantel re: Mack sale proceeds, payoff | 0.20 hrs. | 71.00 |
| 11/04/2016 | MAC | Multiple emails with Marcantel re: Ward County proceeds issue | 0.30 hrs. | 106.50 |
| 11/04/2016 | MAC | Note minute entries postponing status conference and Sterling lift stay motion to November 15 and follow up | 0.20 hrs. | 71.00 |
| 11/04/2016 | MAC | Email from Justin Liming (RB) re: open issues for November 10 auction and follow up with Everbank, Cat and DL re: release letters/titles | 0.60 hrs. | 213.00 |
| 11/07/2016 | MAC | Multiple emails with counsel for secured lenders and Ritchie Bros re: crane auction releases/wiring instructions and revise releases | 1.00 hrs. | 355.00 |
| 11/08/2016 | BPF | Telephone conference with Doug Marcantel regarding Sterling adequate protection. | 0.30 hrs. | 112.50 |
| 11/08/2016 | MAC | Call from JoAnn Giblin (Everbank) re: auction contract questions and multiple related emails | 0.50 hrs. | 177.50 |
| 11/08/2016 | MAC | Emails with Brandon Brown (De Lage) re: auction questions | 0.20 hrs. | 71.00 |
| 11/08/2016 | MAC | Email from Richard Aguilar re: vacuum truck trailer issue with Iron Planet auction and multiple follow up emails with John Owen re: auction | 0.50 hrs. | 177.50 |
| 11/09/2016 | MAC | Emails with Marcantel re: Wells Fargo collateral issue | 0.40 hrs. | 142.00 |
| 11/09/2016 | MAC | Status report from John Owen re: auction results and follow up with various secured lenders counsel | 0.50 hrs. | 177.50 |
| 11/09/2016 | MAC | Emails with Brandon Brown and Justin Liming (RB) re: payoff/release agreement | 0.20 hrs. | 71.00 |
| 11/10/2016 | BPF | Emails with Mitch Kaplan regarding Sterling AP stipulation. | 0.30 hrs. | 112.50 |
| 11/10/2016 | MAC | Email status report from Owen (Iron Planet) for November 10 auction | 0.30 hrs. | 106.50 |
| 11/10/2016 | MAC | Email from Marcentel with Ritchie Bros auction results and respond; multiple related follow up emails | 0.40 hrs. | 142.00 |
| 11/10/2016 | MAC | Multiple emails with Paul Gariepy re: impact of auction sales on secured claims/balance sheet for investor analysis | 0.30 hrs. | 106.50 |
| 11/11/2016 | BPF | Emails with Kaplan regarding stipulation (Sterling). | 0.40 hrs. | 150.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/2016 | MAC | Emails with Paul Gariepy re: balance sheet impact from auctions and review Draper's response | 0.20 hrs. | 71.00 |
| 11/11/2016 | MAC | Update from Owen on items sold November 10 and review preliminary statements re: same (.2); follow up with Community on whether to lower initial bid of item not sold and email Owen and Marcantel re: same (.3) | 0.50 hrs. | 177.50 |
| 11/14/2016 | MAC | Call with Richard Aguilar re: WF payoff and auction results and follow up emails | 0.30 hrs. | 106.50 |
| 11/14/2016 | MAC | Multiple emails with John Owen and Marcantel re: Community Bank item to be relisted with lower price and follow up with Community re: same | 0.40 hrs. | 142.00 |
| 11/14/2016 | MAC | Emails re: November 15 status conference and handling of same (Draper) and follow up with Marcantel | 0.20 hrs. | 71.00 |
| 11/14/2016 | MAC | Emails with De Lage counsel and Marcantel re: RB auction results | 0.20 hrs. | 71.00 |
| 11/14/2016 | MAC | Review fee summary for creditor committee | 0.10 hrs. | 35.50 |
| 11/14/2016 | MAC | Address Owen's questions about title issue with Wells Fargo truck | 0.30 hrs. | 106.50 |
| 11/15/2016 | MAC | More emails on vac-tron piece (Wells Fargo) with Owen, Marcantel and Aguilar re: same | 0.40 hrs. | 142.00 |
| 11/16/2016 | BPF | Telephone conference with Douglas Draper; review Sterling Bank stipulation; emails with Doug Marcantel. | 0.80 hrs. | 300.00 |
| 11/16/2016 | MAC | Return Kirk Jones call re: Stonehenge Cap interest and possible exit financing | 0.40 hrs. | 142.00 |
| 11/16/2016 | MAC | Prepare fee summary letter and supporting documentation | 0.40 hrs. | 142.00 |
| 11/16/2016 | MAC | Email from Owen with chart updating November 17 sale item status | 0.20 hrs. | 71.00 |
| 11/16/2016 | MAC | Review materials sent by Marcantel on Wells Fargo's claim for a piece of equipment assigned by GE and respond with analysis/conclusion | 0.50 hrs. | 177.50 |
| 11/16/2016 | MAC | Review proposed stipulation AP with Sterling Bank and follow up emails with Marcantel re: issues/need for edits | 0.30 hrs. | 106.50 |
| 11/16/2016 | MAC | Emails with Richard Aguilar re: vac-tron omission from auction order and potential resolution | 0.40 hrs. | 142.00 |
| 11/17/2016 | BPF | Emails with Kaplan regarding stipulation (Sterling). | 0.20 hrs. | 75.00 |
| 11/17/2016 | MAC | Multiple emails with John Owen re: auction problems (technical) and advise secured lenders | 0.30 hrs. | 106.50 |
| 11/17/2016 | MAC | Call with Draper re: exit financing issue and follow up with Kirk Jones re: same | 0.60 hrs. | 213.00 |
| 11/17/2016 | MAC | Email to Steve Polito (JD Bank) re: latest with sale of collateral via Iron Planet | 0.20 hrs. | 71.00 |
| 11/17/2016 | MAC | Provide updates to secured lender counsel (Wells Fargo) and People's | 0.20 hrs. | 71.00 |
| 11/18/2016 | MAC | Review P. Gariepy/3 Rivers fee summary | 0.20 hrs. | 71.00 |
| 11/18/2016 | MAC | Emails with Kadden (Peoples) re: list of auctioned items and missing entry and follow up with | 0.50 hrs. | 177.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Marcantel and Owen re: lawsuit related to People's item | | |
| 11/18/2016 | MAC | Emails with Owen and Marcantel re: default by buyer on Community item and strategy for re-list | 0.30 hrs. | 106.50 |
| 11/21/2016 | BPF | Telephone conference with Doug Draper re: Sterline AP (.3); emails with Kaplan regarding insurance (.2); telephone conference with Doug Marcantel (.2). | 0.70 hrs. | 262.50 |
| 11/21/2016 | MAC | More emails with secured lender counsel and John Owen re: Iron Planet auction results/open issues | 0.40 hrs. | 142.00 |
| 11/22/2016 | BPF | Emails regarding finalizing agreed A.P. order with Sterling; finalize order; email with Doug Marcantel re: same. | 1.20 hrs. | 450.00 |
| 11/22/2016 | MAC | Email from Richard Aguilar (WF) re: need for call re: auction issues | 0.10 hrs. | 35.50 |
| 11/28/2016 | MAC | Draft first interim fee application, notice of hearing, etc. for TP as special counsel | 2.30 hrs. | 816.50 |
| 11/28/2016 | MAC | Call from Mark Chaney (Wells Fargo) re: vac-tron and follow up with Owen | 0.50 hrs. | 177.50 |
| 11/28/2016 | MAC | Review statement on Iron Planet sale of Caterpillar collateral and forward to Caterpillar's counsel | 0.40 hrs. | 142.00 |
| 11/29/2016 | MAC | Email from Owen with December 1 auction status (3 items) and follow up with Wells Fargo counsel | 0.40 hrs. | 142.00 |
| 11/29/2016 | MAC | Call from Steve Polito (JD Bank) re: payoff and follow up with Marcantel re: same and questions about Ward County | 0.40 hrs. | 142.00 |
| 11/29/2016 | MAC | Emails with Owen re: Ward County escrow arrangement and related emails with Marcantel | 0.30 hrs. | 106.50 |
| 11/30/2016 | MAC | Email from Aguilar re: Wells Fargo payoff and respond | 0.20 hrs. | 71.00 |

$9,811.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Crawford, Michael A. | 23.20 | 355.00 | $8,236.00 |
| Furr, Brett P. | 3.90 | 375.00 | $1,462.50 |
| McDermott, John F. | 0.30 | 375.00 | $112.50 |
| TOTAL FEES | 27.40 hrs | | $9,811.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $9,811.00 |
| **TOTAL CHARGES FOR THIS INVOICE:** | **$9,811.00** |

**TRUST ACCOUNT REMAINING BALANCE IS                $41,724.40

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



# TAYLOR PORTER
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

January 19, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 223966   MAC
Our file# 4410    00005
Billing through 12/31/2016

Chapter 11 Bankruptcy

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/2016 | MAC | Emails from Owen with update on December 1 sale items and current bid amounts and final results | 0.20 hrs. | 71.00 |
| 12/01/2016 | MAC | Email exchange with Williamson (TCF) and follow up with Marcantel re: Adequate Protection payments | 0.30 hrs. | 106.50 |
| 12/01/2016 | MAC | Emails with Marcantel re: Wells Fargo balance due and follow up with Aguilar re: same | 0.40 hrs. | 142.00 |
| 12/01/2016 | MAC | Multiple emails with RB and Community contact (Tittle) re: sale of re-listed collateral | 0.30 hrs. | 106.50 |
| 12/02/2016 | BPF | Emails regarding Sterling AP payment. | 0.20 hrs. | 75.00 |
| 12/02/2016 | MAC | Emails with Marcantel re: TCF adequate protection payments and follow up with Williamson re: same | 0.30 hrs. | 106.50 |
| 12/05/2016 | MAC | Call from Draper re: hearing on Decemer 6 (exclusivity) and follow up emails re: handling same | 0.20 hrs. | 71.00 |
| 12/05/2016 | MAC | Email from Casey Rochester requesting a breakdown of auction proceeds to Caterpillar and retrieve/forward information | 0.50 hrs. | 177.50 |
| 12/05/2016 | MAC | Multiple emails with Marcantel re: Wells Fargo payoff and follow up with Aguilar re: same | 0.40 hrs. | 142.00 |
| 12/05/2016 | MAC | Receive and review report of auction proceeds for multiple secured lenders and forward to various counsel for lenders | 0.50 hrs. | 177.50 |
| 12/05/2016 | MAC | Multiple emails with Jon Ann Giblin (Everbank) re: Ritchie Brothers auction and follow up | 0.50 hrs. | 177.50 |
| 12/05/2016 | MAC | Emails with Marcantel and Lining (RB) re: Everbank collateral | 0.20 hrs. | 71.00 |
| 12/06/2016 | MAC | Email exchange with Aguilar (Wells Fargo) re: sale of final item on December 1 and follow up with Owen and Marcantel | 0.30 hrs. | 106.50 |
| 12/06/2016 | MAC | Email exchange with Draper re: exclusivity motion | 0.20 hrs. | 71.00 |
| 12/06/2016 | MAC | Multiple emails with Steve Williamson re: | 0.40 hrs. | 142.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | adequate protection payments to TCF and follow up with Marcantel | | |
| 12/07/2016 | MAC | Review minute entry on exclusivity extension | 0.10 hrs. | 35.50 |
| 12/08/2016 | MAC | Email from Justin Lining (RB) re: Caterpillar crane that did not sell and follow up with course of action, including phone call with Lining and communications with Caterpillar counsel | 0.90 hrs. | 319.50 |
| 12/09/2016 | MAC | Call from Marcantel re: crane sale default on Caterpillar collateral and advise re: guarantee option; follow up with Caterpillar counsel re: same | 0.60 hrs. | 213.00 |
| 12/12/2016 | MAC | Multiple emails with Owen re: auction proceed statements and follow up with Marcantel | 0.40 hrs. | 142.00 |
| 12/12/2016 | MAC | Multiple emails with Aguilar re: Wells Fargo payoff and auction issues | 0.40 hrs. | 142.00 |
| 12/12/2016 | MAC | Emails with Ben Kadden re: Peoples auction proceeds | 0.20 hrs. | 71.00 |
| 12/13/2016 | MAC | Multiple emails from Richard Aguilar re: Wells Fargo payoff and follow up with Marcantel | 0.50 hrs. | 177.50 |
| 12/14/2016 | MAC | Follow up with WF counsel re: payoff and need to eliminate post-petition interest and attorney fees | 0.30 hrs. | 106.50 |
| 12/14/2016 | MAC | Review Committee interim request for payment | 0.20 hrs. | 71.00 |
| 12/15/2016 | BPF | Telephone conference with Doug Draper. | 0.30 hrs. | 112.50 |
| 12/15/2016 | MAC | Emails with Owen and Marcantel re: auction proceeds for JD Bank and forward to Polito and follow up on actual wire in light of fact proceeds exceeded payoff | 0.40 hrs. | 142.00 |
| 12/15/2016 | MAC | Emails with Caterpillar counsel re: breakdown of payments between various outstanding loans and follow up with Lining and Marcantel | 0.30 hrs. | 106.50 |
| 12/16/2016 | MAC | More emails with Lining and Marcantel re: Caterpillar auction results and follow up with Caterpillar counsel | 0.30 hrs. | 106.50 |
| 12/19/2016 | BPF | Emails with Douglas Draper and related emails with Mitch Kaplan regarding AP payment. | 0.40 hrs. | 150.00 |
| 12/19/2016 | MAC | Emails with Marcantel re: Caterpillar net proceeds statement and follow up with Caterpillar counsel re: same | 0.40 hrs. | 142.00 |
| 12/20/2016 | MAC | To Lafayette for hearing on interim fee application (TPBP) (half time for travel) | 1.10 hrs. | 390.50 |
| 12/20/2016 | MAC | Hearing on fee application | 0.20 hrs. | 71.00 |
| 12/20/2016 | MAC | Address questions by WF counsel re: wire proceeds and follow up with Marcantel re: WF payoff | 0.30 hrs. | 106.50 |
| 12/21/2016 | AMC | Receipt and review of correspondence re: DOL audit | 0.30 hrs. | 106.50 |
| 12/21/2016 | BPF | Receipt and review of DOL complaint; conference with AMC. | 0.50 hrs. | 187.50 |
| 12/21/2016 | MAC | Multiple emails with Brett and Andree Cullens re: DOL ERISA audit and scope of special counsel engagement and begin work on application and proposed order | 0.90 hrs. | 319.50 |
| 12/21/2016 | MAC | Draft proposed order on TPBP first interim fee | 0.30 hrs. | 106.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | application | | |
| 12/22/2016 | AMC | Correspondence with Mike Crawford re: description of scope of representation for DOL audit for application to employ | 0.50 hrs. | 177.50 |
| 12/22/2016 | MAC | Letter to Marcantel and McCulloch re: November invoice | 0.10 hrs. | 35.50 |
| 12/22/2016 | MAC | Address expansion of special counsel role to deal with LA Dept of Labor audit | 0.70 hrs. | 248.50 |
| 12/22/2016 | MAC | Note entry of order on TP special counsel fee application | 0.10 hrs. | 35.50 |
| 12/27/2016 | AMC | Telephone conference with Brett Furr and Marcantel re: DOL audit | 0.40 hrs. | 142.00 |
| 12/27/2016 | BPF | Conference call with Doug and AMC regarding retirement plan audit. | 0.40 hrs. | 150.00 |
| 12/28/2016 | AMC | Receipt and review of correspondence from Brittni re: spreadsheet for audit | 0.20 hrs. | 71.00 |
| 12/28/2016 | AMC | Prepare for conference with Marcantel; correspondence to same re: times; correspondence to Marcantel re: questions to address | 0.80 hrs. | 284.00 |
| 12/29/2016 | AMC | Receipt and review of multiple correspondences from Brittni re: plan documents; reply to same | 0.40 hrs. | 142.00 |
| 12/29/2016 | AMC | Telephone conference with Doug and Brittni; review file and correspondence with McDermott re: unfunded plan | 1.00 hrs. | 355.00 |
| 12/29/2016 | JFM | Answer questions regarding 409A, non-qualified deferred compensation plan of Louisiana Crane. Discuss with Andree Cullens. Locate and forward copy of notice letter filed with Department of Labor. | 0.60 hrs. | 225.00 |
| 12/30/2016 | AMC | Receipt and review of three correspondences from Aguillard re: plan documents | 0.30 hrs. | 106.50 |

$7,041.50

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/20/2016 | Reimbursement to Michael A. Crawford for mileage to Lafayette Bankruptcy Court, 214 Jefferson Street, Lafayette, LA (56.10), to attend hearing on interim fee application | 30.29 |

$30.29

BILLING SUMMARY

| Name | Hours | Rate | Total |
|---|---|---|---|
| Crawford, Michael A. | 13.40 | 355.00 | $4,757.00 |
| Cullens, Andree M. | 3.90 | 355.00 | $1,384.50 |
| Furr, Brett P. | 1.80 | 375.00 | $675.00 |
| McDermott, John F. | 0.60 | 375.00 | $225.00 |

Louisiana Crane & Construction        Invoice#  223966        Page  4

|                              |            |            |
|------------------------------|------------|------------|
| TOTAL FEES                   | 19.70 hrs  | $7,041.50  |

TOTAL PROFESSIONAL SERVICES                           $7,041.50
TOTAL EXPENSES                                           $30.29

**TOTAL CHARGES FOR THIS INVOICE:**                   **$7,071.79**


**TRUST ACCOUNT REMAINING BALANCE IS                 $23,221.20

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.


# TAYLOR PORTER
ATTORNEYS AT LAW

*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

February 10, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 224949   MAC
Our file# 4410   00005
Billing through 01/31/2017

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/2017 | MAC | Emails with Marcantel re: WF payoff and follow up with Aguilar | 0.40 hrs. | 144.00 |
| 01/04/2017 | MAC | Work on DOL audit issue as it relates to supplemental special counsel scope | 0.50 hrs. | 180.00 |
| 01/05/2017 | AMC | Receipt and review of correspondence from Marcantel re: audit issues | 0.10 hrs. | 36.00 |
| 01/05/2017 | AMC | Telephone conference with Brittni and Marcantel re: DOL issues; telephone conference with Cutic re: continuance of audit request; correspondence to clients re: same | 0.80 hrs. | 288.00 |
| 01/05/2017 | BPF | Emails regarding ERISA audit. | 0.30 hrs. | 112.50 |
| 01/05/2017 | MAC | Email from Mark Chaney with breakdown of payoff; call from Aguilar re: Wells Fargo payoff and related cross pledge/security and follow up with Marcantel | 0.60 hrs. | 216.00 |
| 01/05/2017 | MAC | Draft amended and supplemental application (DOL Audit) and related pleadings and emails to AMC re: audit dates | 2.40 hrs. | 864.00 |
| 01/05/2017 | MAC | Emails with Lacey Rochester re: Caterpillar sale breakdown and follow up with Lining at Ritchie Bros. | 0.50 hrs. | 180.00 |
| 01/06/2017 | BPF | Conference call with Doug Marcantel and Andree Cullens regarding ERISA audit. | 1.00 hrs. | 375.00 |
| 01/06/2017 | MAC | Email to Marcantel re: breakdown of Wells Fargo claim and follow up call with Draper re: same | 0.30 hrs. | 108.00 |
| 01/06/2017 | MAC | Note filing of amended special counsel application and communicate same to Andree Cullens (No Charge) | 0.20 hrs. | 0.00 |
| 01/09/2017 | AMC | Correspondence with Marcantel re: site visit | 0.10 hrs. | 36.00 |
| 01/09/2017 | MAC | Receipt and review of order on expanding TP role as special counsel and follow up with Andree Cullens re: same | 0.20 hrs. | 72.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/2017 | AMC | Telephone conference with Draper re: DOL penalty and claim (.2); telephone conference with Cutie re: no continuance and meeting plan (.4); correspondence to Brittni and Doug re: same (.2) | 0.80 hrs. | 288.00 |
| 01/10/2017 | MAC | Call with Draper and AMC re: ERISA audit issue | 0.20 hrs. | 72.00 |
| 01/11/2017 | AMC | Multiple telephone conferences with staff at Robein Urann re: representation; correspondence to same and Marcantel re: individual representation; review 401K documents provided by Marcantel; analyze same; correspondence to Marcantel re: Basic Plan No. 14 | 1.10 hrs. | 396.00 |
| 01/12/2017 | AMC | Receipt and review of 401K documents from Marcantel; review, index and identify information still needed and information responsive to DOL requests | 3.10 hrs. | 1,116.00 |
| 01/13/2017 | AMC | Receipt and review of 12 emails with health plan documents spanning 2012 - 2016; organize pursuant to DOL audit request and begin identifying missing documents and those responsive for 2012 - 2014 plan years | 4.50 hrs. | 1,620.00 |
| 01/13/2017 | MAC | Communicate with client and Draper re: revised Wells Fargo payoff and follow up call with Draper re: same | 0.40 hrs. | 144.00 |
| 01/17/2017 | AMC | Reviewing and preparing 2012 - 2014 documents for DOL audit | 4.40 hrs. | 1,584.00 |
| 01/17/2017 | BPF | Receipt and review of deficiency notice on AP payments; emails. | 0.30 hrs. | 112.50 |
| 01/18/2017 | AMC | Receipt and review of correspondence from B. Aguillard re: action items | 0.10 hrs. | 36.00 |
| 01/18/2017 | AMC | Meet with Doug Marcantel and Brittni Aguillard and review and prepare documents in preparation for Department of Labor Audit | 7.00 hrs. | 2,520.00 |
| 01/18/2017 | AMC | Travel to and from Eunice, Louisiana to meet with Doug Marcantel and Brittni Aguillard (1/2 time) | 1.50 hrs. | 540.00 |
| 01/18/2017 | MAC | Email from Scott Cheatham re: adequate protection payments status with Mack Financial | 0.20 hrs. | 72.00 |
| 01/20/2017 | AMC | Receipt and review of 6 emails from Aguillard re: MetLife and Colonial Life disability, accident and life plans; review and identify documents responsive to DOL audit request on health plan years 2012 - 2014; begin review and identification of documents responsive to 2014 - 2017 health plan years | 6.70 hrs. | 2,412.00 |
| 01/20/2017 | JFM | Receive, review and forward tax notice to Doug Marcantel. | 0.20 hrs. | 75.00 |
| 01/20/2017 | MAC | Letter to Marcantel and McCulloch summarizing TPBP December billings and interim fee request | 0.20 hrs. | 72.00 |
| 01/22/2017 | AMC | Review, identify, and tab plan year health care documents 2014-15, 2015-16, and 2016-17 and items on DOL audit document requests; identify missing items for these plan years | 5.00 hrs. | 1,800.00 |
| 01/23/2017 | AMC | Review and prepare for production employee | 1.70 hrs. | 612.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | census documents and 29 Met Life documents | | |
| 01/23/2017 | AMC | Travel to Eunice for meeting with DOL auditors (half time) | 0.90 hrs. | 324.00 |
| 01/23/2017 | AMC | Meet with Marcantel and Aguillard in preparation for meeting; meet with DOL auditors and assist them in review of plan documents and answer questions; meet with Aguillard and obtain additional documents and timeline | 3.60 hrs. | 1,296.00 |
| 01/23/2017 | BPF | Telephone conference with Sun Belt. | 0.20 hrs. | 75.00 |
| 01/24/2017 | AMC | Meet with Marcantel in advance of interview; meet with DOL auditors; participate in interviews of Marcantel and Aguillard | 7.50 hrs. | 2,700.00 |
| 01/24/2017 | AMC | Review reports sent by Aguillard; review deduction history reports | 1.00 hrs. | 360.00 |
| 01/24/2017 | MAC | Email exchange with Andree Cullens and related call to Draper re: DOL audit findings | 0.50 hrs. | 180.00 |
| 01/26/2017 | BPF | Telephone conference with Doug Marcantel; conference with AMC regarding benefits audit. | 0.50 hrs. | 187.50 |
| 01/30/2017 | MAC | More emails with Cheatham (Mack Financial) and Marcantel re: adequate protection payments | 0.30 hrs. | 108.00 |
| 01/31/2017 | MAC | Follow up email exchange with Marcantel re: Mack adequate protection payment status | 0.20 hrs. | 72.00 |

$21,385.50

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/18/2017 | Reimbursement to Andree Matherne Cullens for roundtrip mileage (181.80 miles) to 1045 Highway 190, Eunice, LA | 98.17 |
| 01/23/2017 | One-way mileage to Louisiana Crane Construction, 1045 Highway 190 West, Eunice, LA (79.50 miles) on January 23, 2017 for meeting with DOL auditors | 42.53 |
| 01/24/2017 | Reimbursement to Andree Matherne Cullens for overnight stay at Holiday Inn Express Eunice on January 23, 2017 for meeting with DOL auditors | 134.94 |
| 01/24/2017 | Reimbursement to Andree Matherne Cullens for lunch on January 24, 2017 while meeting with Marcantel and DOL auditors | 11.06 |

$286.70

BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Crawford, Michael A. | 0.20 | 0.00 | $0.00 |
| Crawford, Michael A. | 6.90 | 360.00 | $2,484.00 |
| Cullens, Andree M. | 49.90 | 360.00 | $17,964.00 |
| Furr, Brett P. | 2.30 | 375.00 | $862.50 |
| McDermott, John F. | 0.20 | 375.00 | $75.00 |
| TOTAL FEES | 59.50 hrs | | $21,385.50 |

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $21,385.50 |
| TOTAL EXPENSES | $286.70 |
| **TOTAL CHARGES FOR THIS INVOICE:** | **$21,672.20** |

**TRUST ACCOUNT REMAINING BALANCE IS         $23,221.20

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



# TAYLOR PORTER
ATTORNEYS AT LAW
Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

March 15, 2017

Louisiana Crane Co., LLC  
Attn: Mr. Douglas Marcantel  
1045 Hwy. 190-West  
Eunice, LA 70535

Invoice# 225890    MAC  
Our file# 4410      00005  
Billing through 02/28/2017

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/2017 | MAC | Multiple emails with Marcantel re: Mack Financial adequate protection payment status | 0.20 hrs. | 72.00 |
| 02/02/2017 | MAC | More emails with Marcantel re: Mack Financial and accounting for Loan 4 and follow up with Scott Cheatham re: same | 0.30 hrs. | 108.00 |
| 02/03/2017 | BPF | Telephone conference with Matt Mullins regarding subpoena; telephone conference with Bukaty; email Matt and Bukaty. | 0.80 hrs. | 300.00 |
| 02/06/2017 | AMC | Correspondence to Aguillard with files requested; compile same | 0.50 hrs. | 180.00 |
| 02/06/2017 | MAC | Returned Aguilar's call re: Wells Fargo payoff and remaining collateral and related emails with Chaney re: same (.20); follow up with Marcantel re: same (.10) | 0.30 hrs. | 108.00 |
| 02/07/2017 | AMC | Correspondence with CD Roms to Cutic | 0.30 hrs. | 108.00 |
| 02/07/2017 | MAC | Return call of Marcantel re: WF adequate protection payment and follow up with Aguilar re: adequate protection proposal | 0.50 hrs. | 180.00 |
| 02/09/2017 | BPF | Telephone conference with Douglas Draper regarding DOL claim. | 0.20 hrs. | 75.00 |
| 02/09/2017 | MAC | Emails with Scott Cheatham re: Mack Financial loans and collateral and follow up with Marcantel | 0.40 hrs. | 144.00 |
| 02/16/2017 | AMC | Submit electronic documents to Cutic with Department of Labor; correspondence with Cutic re: certiicate of coverage for UHC plan | 0.70 hrs. | 252.00 |
| 02/16/2017 | MAC | Draft letter re: monthly request for interim compensation | 0.30 hrs. | 108.00 |
| 02/22/2017 | MAC | Brief conversation with Draper re: Department of Labor audit and follow up with Andree Cullens re: same | 0.30 hrs. | 108.00 |

$1,743.00

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/06/2017 | Payment to QLS for services rendered on February 2, 2017, Invoice #130985 - encrypting cds for audit | 816.72 |
| 02/07/2017 | Federal Express charges for material sent to Brittni Aguillard in Eunice, LA | 18.37 |
| 02/07/2017 | Payment to QLS for Invoice #131033 dated February 6, 2017 for scanning/encrypting additional documents to CD for audit | 122.04 |
| 02/08/2017 | Federal Express charges for material sent to the U.S. Dept. of Labor in Dallas, TX | 23.83 |

$980.96

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Crawford, Michael A. | 2.30 | 360.00 | $828.00 |
| Cullens, Andree M. | 1.50 | 360.00 | $540.00 |
| Furr, Brett P. | 1.00 | 375.00 | $375.00 |
| TOTAL FEES | 4.80 hrs | | $1,743.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $1,743.00 |
| TOTAL EXPENSES | $980.96 |
| **TOTAL CHARGES FOR THIS INVOICE:** | **$2,723.96** |

\*\*TRUST ACCOUNT REMAINING BALANCE IS             $23,221.20

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.