# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** Robert Summerhays, Presiding

---

**IN RE:** Louisiana Crane & Construction, L.L.C.          **Chapter:** 11
Debtor(s)                                                 **Case Number:** 16–50876

---

### ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT,
### FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN,
### FIXING DATE FOR CONFIRMATION HEARING, AND
### REQUIRING A TABULATION OF VOTING

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by debtor–in–possession, Louisiana Crane & Construction, L.L.C., and amended on June 6, 2017, referring to a concurrently filed Plan of Reorganization, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Disclosure Statement is approved.

2. Within seven (7) calender days after the entry of this Order, counsel for the Plan's proponent shall: transmit by mail to **all** creditors, equity security holders, the Assistant U.S. Trustee (Shreveport), and other parties in interest (even if the Plan proponent contends they are unimpaired) a copy of this Order, a copy of the approved Disclosure Statement, a copy of the proposed Plan, and a ballot conforming to Official Form B14 for accepting or rejecting the Plan; **and** within three (3) business days after said transmittal, file with the Clerk of this Court an affidavit showing that there has been service of these materials and the names and addresses of those served.

3. **July 14, 2017** is fixed as the last date for filing written acceptances or rejections of the Plan.

4. **July 14, 2017** is also fixed as the last date for filing and serving objections, if any, to the confirmation of the Plan. Objections in writing must be filed and served on counsel for proponent of the Plan at least five (5) business days before the hearing on confirmation.

5. **July 21, 2017 at 10:00AM** is fixed as the date and time for hearing on confirmation of the Plan. That hearing will be held at **214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana.**

6. Not later than two (2) business days prior to the hearing, the Plan proponent's counsel shall file the following documents:

   a. **A Tabulation of Voting** showing all votes cast and the dollar amounts thereof; and for each class in the Plan, the total number and total dollar amounts of voters accepting ant the total number and total dollar amounts of voters rejecting; and, if a class unimpaired, a brief explanation why it is unimpaired.

   b. **A Schedule of Plan Payments** showing, for each class in the Plan, the payments that would be made to that class in the first 12 month period, the second 12 month period, and the third 12 month period following Plan confirmation.

7. The Clerk of the Court shall ensure that the Plan proponent and its attorney receive prior to the Plan confirmation hearing a computation of all fees owed by the Plan proponent under the Bankruptcy Court Fee Schedule established by the Judicial Conference of the United States pursuant to 28 U.S.C. §1930(b). A certificate that all such fees have been paid, signed and dated by a deputy clerk, must accompany any Plan confirmation order presented to the Court for signature and will be required for signature.

8. The Clerk of Court shall notice this order to the attorney for Plan proponent. If the Plan is confirmed, the attorney for the Plan proponent shall submit an order to the Judge for his signature.

**NOTICE IS HEREBY GIVEN THAT** at any Plan confirmation hearing scheduled in this order or subsequently, the Court may, in its discretion, consider dismissal of this case or its conversion to a Chapter 7 liquidation under 11 U.S.C. §1112(b) upon the request of any interested party made before or at the hearing.

**SIGNED IN Lafayette, LA this the 14th day of June, 2017**

**/s/ Robert Summerhays**

**UNITED STATES BANKRUPTCY JUDGE**