

# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

April 19, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 226917   MAC
Our file# 4410   00005
Billing through 03/31/2017

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2017 | AMC | Draft summary of DOL audit status for Douglas Draper | 0.50 hrs. | 180.00 |
| 03/02/2017 | MAC | Review and forward DOL audit summary to Draper | 0.10 hrs. | 36.00 |
| 03/06/2017 | MAC | Email to Marcantel re: payment due on interim fee request | 0.10 hrs. | 36.00 |
| 03/07/2017 | MAC | Email from Cheatham re: February adequate protection payment and follow up with Marcantel | 0.30 hrs. | 108.00 |
| 03/08/2017 | MAC | Review plan and disclosure statement specifically for consistency with auction, DOL audit, debtor-in-possession financing and adequate protection issues | 0.80 hrs. | 288.00 |
| 03/13/2017 | MAC | Emails with Marcantel and Cheatham re: Mack adequate protection payments and review summary attachment | 0.40 hrs. | 144.00 |
| 03/14/2017 | MAC | Brief appearance at hearing on exclusivity (no charge for travel) and email to Draper re: same | 0.10 hrs. | 36.00 |
| 03/17/2017 | MAC | Review amended claim filed by IRS | 0.20 hrs. | 72.00 |
| 03/21/2017 | MAC | Work on interim fee summary letter and email to | 0.30 hrs. | 108.00 |

**EXHIBIT 1**

|            |     |                                                                                                                                                                                                      |           |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
|            |     | Marcantel re: same                                                                                                                                                                                   |           |          |
| 03/21/2017 | MAC | Work on second interim fee application and related pleadings and exhibits                                                                                                                            | 2.30 hrs. | 828.00   |
| 03/28/2017 | MAC | Finalize and file fee application, notice of hearing and related email to Marcantel re: same                                                                                                         | 0.70 hrs. | 252.00   |
| 03/31/2017 | AMC | Telephone conference with Almir Cutic re: 401K plan 2014 to present review; receipt and review of correspondence with Cutic re: same; correspondence to Marcantel re: same; correspondence to Draper re: same | 0.70 hrs. | 252.00   |
| 03/31/2017 | MAC | Review Cullens email re: updated DOL audit issues (No Charge)                                                                                                                                        | 0.20 hrs. | 0.00     |

                                                                                                                                   $2,340.00

BILLING SUMMARY

| Crawford, Michael A. | 0.20 | 0.00   | $0.00     |
|----------------------|------|--------|-----------|
| Crawford, Michael A. | 5.30 | 360.00 | $1,908.00 |
| Cullens, Andree M.   | 1.20 | 360.00 | $432.00   |

| TOTAL FEES | 6.70  hrs |  | $2,340.00 |
|---|---|---|---|

| TOTAL PROFESSIONAL SERVICES       | $2,340.00 |
|-----------------------------------|-----------|
| **TOTAL CHARGES FOR THIS INVOICE:** | **$2,340.00** |

**TRUST ACCOUNT REMAINING BALANCE IS                    $25,122.94

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

| INVOICE |
|---|

May 18, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 227946   MAC
Our file# 4410   00005
Billing through 04/30/2017

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2017 | AMC | Correspondence with Marcantel re: phone conference with DOL | 0.10 hrs. | 36.00 |
| 04/17/2017 | MAC | Follow up with court re: appearance at hearing on April 18 on interim application and emails with Gail McCulloch re: same | 0.20 hrs. | 72.00 |
| 04/18/2017 | MAC | Communication with Gail McCulloch and draft order on second interim fee application for submission | 0.20 hrs. | 72.00 |
| 04/19/2017 | AMC | Correspondence with Aguillard re: meeting with DOL | 0.10 hrs. | 36.00 |
| 04/20/2017 | AMC | Review files and prepare for conference with DOL; meet with Marcantel re: same; participate in interview of Marcantel by DOL | 2.10 hrs. | 756.00 |
| 04/20/2017 | MAC | Brief review of multiple objections to disclosure statement, especially as related to secured creditors with adequate protection arrangements | 0.40 hrs. | 144.00 |
| 04/24/2017 | AMC | Correspondence from Marcantel re: document production | 0.10 hrs. | 36.00 |
| 04/26/2017 | AMC | Review binder and folder and compare to documents requested from Department of Labor; identify documents still needed | 1.00 hrs. | 360.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/2017 | AMC | Review folder and binder and select documents responsive to DOL request for documents for uploading | 1.60 hrs. | 576.00 |

$2,088.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Crawford, Michael A. | 0.80 | 360.00 | $288.00 |
| Cullens, Andree M. | 5.00 | 360.00 | $1,800.00 |
| TOTAL FEES | 5.80 hrs | | $2,088.00 |

TOTAL PROFESSIONAL SERVICES             $2,088.00
**TOTAL CHARGES FOR THIS INVOICE:**           **$2,088.00**

**TRUST ACCOUNT REMAINING BALANCE IS             $15,254.74

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



# TAYLOR PORTER
## ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

June 13, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 228599   MAC
Our file# 4410    00005
Billing through 05/31/2017

Chapter 11 Bankruptcy

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/2017 | AMC | Correspondence to Cutic with response to request for documents; finalize documents to be uploaded; draft list of documents still missing; correspondence to Marcantel with request for same | 0.40 hrs. | 144.00 |
| 05/12/2017 | BPF | Telephone conference with Douglas Draper; telephone conference with Doug Marcantel regarding audit. | 0.40 hrs. | 150.00 |
| 05/19/2017 | AMC | Correspondence to Marcantel requesting status of DOL audit document response | 0.10 hrs. | 36.00 |
| 05/23/2017 | AMC | Receipt and review of correspondence from Cutic requesting documentation on 401K plan; correspondence to Marcantel re: same; receipt and review of reply from Marcantel; correspondence to Cutic re: same | 0.50 hrs. | 180.00 |
| 05/24/2017 | AMC | Correspondence with Marcantel re: status of document production | 0.20 hrs. | 72.00 |

$582.00

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/28/2017 | Federal Express charges for material sent to Douglas Marcantel in Eunice, LA | 16.40 |

$16.40

BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Cullens, Andree M. | 1.20 | 360.00 | $432.00 |
| Furr, Brett P. | 0.40 | 375.00 | $150.00 |
| TOTAL FEES | 1.60 hrs | | $582.00 |

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $582.00 |
| TOTAL EXPENSES | $16.40 |
| **TOTAL CHARGES FOR THIS INVOICE:** | **$598.40** |

\*\*TRUST ACCOUNT REMAINING BALANCE IS          $15,924.34

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

# INVOICE

July 10, 2017

Louisiana Crane Co., LLC
Attn: Mr. Douglas Marcantel
1045 Hwy. 190-West
Eunice, LA 70535

Invoice# 229346   MAC
Our file# 4410   00005
Billing through 07/10/2017

Chapter 11 Bankruptcy

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2017 | AMC | Receipt and review of voicemail from Cutic re: unpaid health claim and COBRA | 0.10 hrs. | 36.00 |
| 06/02/2017 | AMC | Receipt and review of schedules from Marcantel (.2); correspondence re: upload to Cutic/DOL (.1); correspondence to Marcantel re: additional documents (.2) | 0.50 hrs. | 180.00 |
| 06/08/2017 | MAC | Emails with Marcantel re: invoice payment and related matters | 0.10 hrs. | 36.00 |
| 06/14/2017 | MAC | Review order approving disclosure statement and setting deadlines for confirmation | 0.10 hrs. | 36.00 |
| 06/20/2017 | AMC | Receipt and review of documents from Marcantel re: DOL audit; correspondence to Cutic with same | 0.30 hrs. | 108.00 |
| 06/23/2017 | AMC | Review Marcantel emails and determine documents still outstanding requested by Mr. Cutic (.4); correspondence to Marcantel requesting same (.1) | 0.50 hrs. | 180.00 |
| 06/28/2017 | AMC | Receipt and review of additional documents from Marcantel (.2); upload same to Cutic (.1) | 0.30 hrs. | 108.00 |
| 06/28/2017 | AMC | Receipt and review of correspondences (2) from Marcantel re: DOL document production (.3); review files (.4); correspondence to Marcantel re: medical pay files issues (.2); correspondence to Cutic re: 401K document request response (.3) | 1.20 hrs. | 432.00 |
| 07/06/2017 | MAC | Begin work on final fee application for Taylor Porter as special counsel | 0.90 hrs. | 324.00 |
| 07/10/2017 | MAC | Finalize third interim and final fee application into final form for filing, notice of hearing, exhibits, etc. | 2.10 hrs. | 756.00 |

$2,196.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Crawford, Michael A. | 3.20 | 360.00 | $1,152.00 |
| Cullens, Andree M. | 2.90 | 360.00 | $1,044.00 |
| TOTAL FEES | 6.10 hrs | | $2,196.00 |

TOTAL PROFESSIONAL SERVICES $2,196.00

**TOTAL CHARGES FOR THIS INVOICE:**  $2,196.00

\*\*TRUST ACCOUNT REMAINING BALANCE IS        $12,516.81

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



**Taylor Porter**
ATTORNEYS AT LAW
*Founded 1912*

# Time and Expense Details

3/1/2017 - 3/31/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|

**FEES**

**B110 Case Administration**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | AMC | Cullens, Andree M. | Partner | .50 | $360.00 | $180.00 |
| March 2017 | MAC | Crawford, Michael A. | Partner | .40 | $180.00 | $72.00 |
| | | | Task Code Total | .90 | | $252.00 |

**B140 Relief from Stay/Adequate Prot**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | MAC | Crawford, Michael A. | Partner | .70 | $360.00 | $252.00 |
| | | | Task Code Total | .70 | | $252.00 |

**B160 Fee/Employment Applications**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | MAC | Crawford, Michael A. | Partner | 3.40 | $360.00 | $1,224.00 |
| | | | Task Code Total | 3.40 | | $1,224.00 |

**B310 Claims Administration & Object**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | MAC | Crawford, Michael A. | Partner | .20 | $360.00 | $72.00 |
| | | | Task Code Total | .20 | | $72.00 |

**B320 Plan & Disclosure Statement**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | MAC | Crawford, Michael A. | Partner | .80 | $360.00 | $288.00 |
| | | | Task Code Total | .80 | | $288.00 |

**L320 Document Production**

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| March 2017 | AMC | Cullens, Andree M. | Partner | .70 | $360.00 | $252.00 |
| | | | Task Code Total | .70 | | $252.00 |
| | | | **Total Fees** | **6.70** | | **$2,340.00** |



# Time and Expense Details

3/1/2017 - 3/31/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

|  | Hours Billed | Fees Billed | Expenses Billed |
|---|---|---|---|
| **Matter Totals** | 6.70 | $2,340.00 | $0.00 |



# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

**Time and Expense Details**

4/1/2017 - 4/30/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

| Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|

**FEES**

**B110  Case Administration**

| April 2017 | AMC | Cullens, Andree M. | Partner | 2.90 | $360.00 | $1,044.00 |
| April 2017 | MAC | Crawford, Michael A. | Partner | .20 | $360.00 | $72.00 |
| | | | Task Code Total | 3.10 | | $1,116.00 |

**B120  Asset Analysis & Recovery**

| April 2017 | AMC | Cullens, Andree M. | Partner | 2.10 | $360.00 | $756.00 |
| | | | Task Code Total | 2.10 | | $756.00 |

**B160  Fee/Employment Applications**

| April 2017 | MAC | Crawford, Michael A. | Partner | .20 | $360.00 | $72.00 |
| | | | Task Code Total | .20 | | $72.00 |

**B320  Plan & Disclosure Statement**

| April 2017 | MAC | Crawford, Michael A. | Partner | .40 | $360.00 | $144.00 |
| | | | Task Code Total | .40 | | $144.00 |
| | | | **Total Fees** | **5.80** | | **$2,088.00** |



# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

**Time and Expense Details**

4/1/2017 - 4/30/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

| Status ExpenseCode | Expense Code Description | | Expenses To Bill | Expenses Billed |
|---|---|---|---|---|

**EXPENSES**

**Billed Expenses**

| E107 | Delivery Services/Messengers | | $16.40 | $16.40 |
|---|---|---|---|---|
| | Total Expenses by Status | | $16.40 | $16.40 |
| | Total Expenses | | $16.40 | $16.40 |

| | | Hours Billed | Fees Billed | Expenses Billed |
|---|---|---|---|---|
| **Matter Totals** | | 5.80 | $2,088.00 | $16.40 |



# Taylor Porter
### ATTORNEYS AT LAW
*Founded 1912*

**Time and Expense Details**

5/1/2017 - 5/31/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|

**FEES**

**B110 — Case Administration**

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|
| | May 2017 | AMC | Cullens, Andree M. | Partner | .50 | $360.00 | $180.00 |
| | | | | Task Code Total | .50 | | $180.00 |

**L120 — Analysis/Strategy**

| | May 2017 | BPF | Furr, Brett P. | Partner | .40 | $375.00 | $150.00 |
|---|---|---|---|---|---|---|---|
| | | | | Task Code Total | .40 | | $150.00 |

**L320 — Document Production**

| | May 2017 | AMC | Cullens, Andree M. | Partner | .70 | $360.00 | $252.00 |
|---|---|---|---|---|---|---|---|
| | | | | Task Code Total | .70 | | $252.00 |
| | | | | **Total Fees** | **1.60** | | **$582.00** |



# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

**Time and Expense Details**

5/1/2017 - 5/31/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

|  | Hours Billed | Fees Billed | Expenses Billed |
|---|---|---|---|
| **Matter Totals** | 1.60 | $582.00 | $0.00 |



# Taylor Porter
### ATTORNEYS AT LAW
*Founded 1912*

# Time and Expense Details

6/1/2017 - 7/10/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|

**FEES**

**B110**     Case Administration

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|
| | June 2017 | AMC | Cullens, Andree M. | Partner | 2.90 | $360.00 | $1,044.00 |
| | | | | Task Code Total | 2.90 | | $1,044.00 |

**B160**     Fee/Employment Applications

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|
| | July 2017 | MAC | Crawford, Michael A. | Partner | 3.00 | $360.00 | $1,080.00 |
| | June 2017 | MAC | Crawford, Michael A. | Partner | .10 | $360.00 | $36.00 |
| | | | | Task Code Total | 3.10 | | $1,116.00 |

**B320**     Plan & Disclosure Statement

| | Period | Tkp ID | Timekeeper Name | Tkp Title | Hours | Rate | Fees |
|---|---|---|---|---|---|---|---|
| | June 2017 | MAC | Crawford, Michael A. | Partner | .10 | $360.00 | $36.00 |
| | | | | Task Code Total | .10 | | $36.00 |
| | | | | **Total Fees** | **6.10** | | **$2,196.00** |



# Time and Expense Details

6/1/2017 - 7/10/2017

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Tkp |
|---|---|---|---|---|
| 4410 | Louisiana Crane & Construction | 00005 | Chapter 11 Bankruptcy | MAC |

|  | Hours Billed | Fees Billed | Expenses Billed |
|---|---|---|---|
| **Matter Totals** | 6.10 | $2,196.00 | $0.00 |